**STATE of Missouri, Respondent,**

v.

**Courtney Ann CARRINO,
Defendant/Appellant.**

**No. ED 102922**

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: May 10, 2016

Margaret M. Johnston, 1000 West Nifong, Bldg. 7, Ste. 100, Columbia, MO 65203, for appellant.

Chris Koster, Atty. Gen., Robert J. (Jeff) Bartholomew, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

## ORDER

PER CURIAM

The defendant, Courtney Carrino, appeals the judgment entered by the Circuit Court of Lincoln County following her conviction by a jury of one count of possession of a controlled substance (a mixture of heroin and cocaine) in violation of section 195.202 RSMo. (2000). Finding no error, we affirm.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Rule 30.25(b).